# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
|    Mario Mosley ) | Case No 3:19-BK-30431 SHB |
|    Debtor(s) ) | Chapter 13 |

## WITHDRAWAL OF DOCUMENT

    Comes Cynthia T. Lawson, Attorney for the Debtor, and withdraws Document Number 2 that was electronically filed by Cynthia T. Lawson on 2/18/19.

DATED: February 19, 2019

s/ Cynthia T. Lawson
Cynthia T. Lawson, #018397
Attorney for Debtors
Bond, Botes & Lawson, PC
6704 Watermour Way
Knoxville, TN 37912
Phone: (865)938-0733
Fax: (865)938-7931
cynthialawson@bbllawgroup.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing has been forwarded, by electronic filing (ECF) to the following:

Gwendolyn M. Kerney, Chapter 13 Trustee
Tiffany A. DiIorio, Attorney for U.S. Trustee

DATED: February 19, 2019

    s/ Cynthia T. Lawson
    Cynthia T. Lawson, #018397