## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

## MEMORANDUM

**DATE:**        March 4, 2019

**REPLY TO**    Office of the Clerk, United States Bankruptcy Court
**ATTN OF:**    Howard H. Baker, Jr. United States Courthouse
               800 Market Street, Suite 330
               Knoxville, Tennessee 37902

**SUBJECT:**    3:19-bk-30431-SHB Mario Martelli Mosley
               Chapter 13

**TO:**         Cynthia T Lawson
               Bond, Botes & Lawson PC
               6704 Watermour Way
               Knoxville, TN 37912


       The Amendment filed March 1, 2019, was not accompanied by a Notice of Amendment as
required by E.D. Tenn. LBR 1009-1(b).  Please file the Notice of Amendment within 5 days.