IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:  Mario Martelli Mosley             *
                                          *           #19-30431 - SHB
                                          *           Chapter 13
-------------------------------------------------------------------------------------------------------------

Notice is hereby given that:

A hearing will be held on the Chapter 13 Trustee's Motion to Dismiss on June 5, 2019 at 9:00 a.m. at Courtroom 1C Howard H. Baker US Courthouse, 800 Market Street, Knoxville, TN.  37902.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.   If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter and order granting that relief.

## MOTION BY CHAPTER 13 TRUSTEE TO DISMISS

The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C.  §1307 for one or more of the following reasons:

__xx__  Approximate plan arrearage of $450.00 through May 10, 2019 with last Plan payment being receipted on April 17, 2019.

__xx__  Other:   The debtor fails to meet the venue requirements of 28 U.S.C. §1408 since he has not been domiciled or maintained a business in the Eastern District of Tennessee for a one-hundred–and-eighty-day-period preceding the filing date February 18, 2019 of this case.

__xx__  Other:   Counsel has lost touch with debtor.

For reasons, cited herein the Chapter 13 Trustee moves the Court for an order of dismissal.

Respectfully submitted,

s/Gwendolyn M. Kerney, (w/perm pgm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN. 37901
(865) 524-4995

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of this Motion and Notice of Hearing have been mailed and/or electronically serviced on Mario Martelli Mosley (USM), 7815 Edwards Place Blvd., Corryton, TN 37721; and to Cynthia Lawson, (ECF); and to Tiffany DiIorio, Attorney for United States Trustee, (ECF), this  9th  day of May, 2019.

s/Gwendolyn M. Kerney, by (w/perm pgm)
GWENDOLYN M. KERNEY, #07280